FILED
JAN 1 7 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0150-JM |
| | ) | |
| Plaintiff, | ) | **INFORMATION** |
| | ) | |
| v. | ) | Title 18, U.S.C., Sec. |
| | ) | 758 - High Speed Flight from an |
| ERNEST CRAIG FILBRANDT | ) | Immigration Checkpoint |
| Defendant. | ) | |

The United States Attorney charges:

On or about December 18, 2007, within the Southern District of California, defendant ERNEST CRAIG FILBRANDT, fled in a motor vehicle, in excess of the legal speed limit, from federal law enforcement agents who were operating a United States Border Patrol checkpoint; in violation of Title 18, United States Code, Section 758.

DATED: January 17, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney