AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

JAN 1 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA

v.

ERNEST CRAIG FILBRANDT

WAIVER OF INDICTMENT

08cr 0150-JM

CASE NUMBER: 07MJ2940

I, , the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec.758-High Speed Flight from an Immigration Checkpoint (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/17/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER