```
 1  MICHELLE BETANCOURT
    California State Bar No. 215035
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5008
    Telephone: (619) 234-8467, ext. 3737
 4  michelle_betancourt@fd.org

 5  Attorneys for Ernest Filbrandt
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0150-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| ERNEST FILBRANDT, | ) | |
| Defendants. | ) | |

I, ERNEST FILBRANDT, hereby acknowledge that I am to appear in the United States District Court for the Southern District of California on May 9, 2008 at 9:00 a.m. for a sentencing hearing.

DATED: 4-29-08

_____
ERNEST FILBRANDT